No. 90–6757. MELENDEZ LIRANZO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–6772. ROSE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–6775. PULIDO-GOMEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–6786. SPARKMAN v. COLER. C. A. 11th Cir. Certiorari denied.

No. 90–6789. RUIZ v. EARLE ET AL. C. A. 5th Cir. Certiorari denied.

No. 90–6791. PETERSON v. GRANNIS ET AL. C. A. 4th Cir. Certiorari denied.

No. 90–6792. GANEY v. OUTLAW ET AL. C. A. 4th Cir. Certiorari denied.

No. 90–6793. BARNES v. NORRIS ET AL. C. A. 3d Cir. Certiorari denied.

No. 90–6802. SAVAGE-EL v. RISON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 90–6807. MITCHELL v. JONES ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–6812. LEPISCOPO v. CONWAY. Sup. Ct. N. M. Certiorari denied.

No. 90–6815. MORRISON v. OXENDINE ET AL. C. A. 4th Cir. Certiorari denied.

No. 90–6817. QUINTERO v. TORVALD KLAVENESS & CO. A/S ET AL. C. A. 5th Cir. Certiorari denied.

No. 90–6821. WILLIS v. CITY OF CLEVELAND, OHIO, ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–6822. BARNES v. HENDERSON, WARDEN. C. A. 2d Cir. Certiorari denied.